UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BRIAN A. WARREN,

        Plaintiff,

v.

SHANE JACKSON,

        Defendant.

_____/

Case No. 1:22-cv-339

Honorable Ray Kent

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's orders.

Dated:  July 12, 2022

/s/ Ray Kent
Ray Kent
United States Magistrate Judge